[No. 1784.]

HALEY v. BREEZE.

REPLEVIN—TAXES—RES JUDICATA.

In an action of replevin for personal property where defendant claimed title under a sale for taxes, the plaintiff could not question the validity of the taxes or the sufficiency of the warrant where those questions had once been adjudicated and determined by the courts upon the identical taxes and warrants upon which the sale was made.

*Appeal from the District Court of Arapahoe County.*

Mr. W. T. HUGHES, for appellant.

Mr. W. B. McCLELLAND and Mr. HENRY T. SALE, for appellee.

THOMSON, J.

Replevin by appellant against appellee to recover four head

of horses alleged to have been wrongfully detained by the defendant. The answer claimed title in the defendant by virtue of a sale of the property to him for delinquent and unpaid taxes against the plaintiff upon a valid tax warrant. The replication denied the validity of the taxes and the warrant. The trial resulted in a judgment for the defendant, and the plaintiff appealed.

We do not deem it necessary to go into the evidence. It is enough to say that it conclusively appears that the taxes, whose validity is disputed, are the identical taxes which the supreme court in *Breeze v. Haley*, 10 Colo. 5, and again in *Breeze v. Haley*, 11 Colo. 351, passed upon and sustained; and that the tax warrant is the same tax warrant which the supreme court in *Haley v. Elliott*, 20 Colo. 379, adjudged sufficient. Every material question raised by the appellant has been settled and finally determined against him by the supreme court, and is no longer open to adjudication.

Let the judgment be affirmed.

*Affirmed.*